## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re: University of the Arts WARN Act Litigation,* | Civil Action No. 2:24-cv-02420<br><br>***ELECTRONICALLY FILED*** |

### STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE PLEAD

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, that defendant University of the Arts acknowledges receipt of service of the summons and complaints in this consolidated action and that the time within which the University shall answer, move, or otherwise respond to Plaintiffs' Complaints shall be extended 30 days, from June 27, 2024, through and including **July 27, 2024**. The parties have agreed to electronic signatures on this Stipulation.

Dated: June 28, 2024

/s/ Eric Lechtzin
Eric Lechtzin (PA I.D. 62096)
Marc H. Edelson (PA I.D. 51834)
Shoshana Savett (PA I.D. 91601)
EDELSON LECHTZIN LLP
41 1 N. State Street, Suite N-300
Newtown, PA 18940
Main: 215-867-2399
elechtzin@edelson-law.com
medelson@edelson-law.com
ssavett@edelson-law.com

*Attorneys for Plaintiffs*

/s/ Ryan Allen Hancock
Ryan Allen Hancock, Esq. (PA No. 92590)
Jordan R. Konell. Esq. (PA No. 332529)
Samuel H. Datlof, Esq. (PA No. 324716)
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Phone: (215)-656-3600
rhancock@wwdlaw.com
jkonell@wwdlaw.com
sdatlof@wwdlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ Kristine Grady Derewicz
Kristine Grady Derewicz, Bar No. 60548
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
Telephone:   267.402.3000
Facsimile:    267.402.3131
kderewicz@littler.com

*Attorneys for Defendant*
*THE UNIVERSITY OF THE ARTS*

**APPROVED BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

7/1/2024
_____
**DATE**