## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re: University of the Arts WARN Act Litigation* | Civil Action No. 2:24-cv-02420 |

## STATUS REPORT

Pursuant to the Court's Order of September 20, 2024 (ECF No. 33), counsel for Plaintiffs in the above-referenced action provide the Court with an update regarding the status of this matter.

On September 19, 2024, Defendant University of the Arts filed a Suggestion of Bankruptcy advising the Court of Defendant's filing under Chapter Number 7 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware filed under case number 24-12140. (ECF No. 32.)

Currently, the stay of litigation remains in effect, and Plaintiffs have not sought relief from the stay of litigation in any court.

**EDELSON LECHTZIN LLP**,

Dated: November 20, 2024

*/s/Eric Lechtzin*
Eric Lechtzin (PA No. 62096)
Marc H. Edelson (PA No. 51834)
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
elechtzin@edelson-law.com
medelson@edelson-law.com

**WILLIG, WILLIAMS & DAVIDSON**
Ryan Allen Hancock (PA No. 92590)
Jordan R. Konell (PA No. 332529)
Samuel H. Datlof (PA No. 324716)
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Telephone: (215)-656-3600
rhancock@wwdlaw.com
jkonell@wwdlaw.com
sdatlof@wwdlaw.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify on November 20, 2024, a true and correct copy of the foregoing document was served via email to counsel of record.

/s/Eric Lechtzin
Eric Lechtzin